# United States Bankruptcy Court
# Eastern District of Wisconsin

In Re: Aleasa Thomas

    **Debtor(s)**

      **Chapter: 13**

      **Case #: 17-25663**

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Now comes Arnold F. Lueders III, of Credit Solutions, S.C., Attorney for Debtor(s), and represents that:

1. The Debtor filed a Chapter 13 Bankruptcy on June 7, 2017.

2. The Trustee has filed a Motion to Dismiss for failure to make payments.

3. The Debtor has made a recent payment and will make all future payments to Trustee on a timely basis.

Wherefore, the Debtor, by and through their attorneys, request that the Motion to Dismiss be denied.

Dated September 28, 2017 at Milwaukee Wisconsin.

/s/ Arnold F. Lueders III 1022677
Arnold F. Lueders III 1022677
Attorney for Debtor(s)
Credit Solutions, S.C.
626 E. Wisconsin Ave., 14th Floor
Milwaukee, WI 53202
414-272-0077

# United States Bankruptcy Court
## Eastern District of Wisconsin

In Re: Aleasa Thomas

                    Debtor(s)

**Chapter: 13**

**Case #: 17-25663**

## NOTICE OF HEARING ON OBJECTION TO TRUSTEE'S MOTION TO DISMISS

The Debtor(s), by and through his/her/their attorneys, Credit Solutions, S.C., has/ve filed papers with the court to object to a motion to dismiss. A Copy of the Objection is attached.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE NOTICE** that a telephone hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, on October 24, 2017 at 10:30 am, to consider the Trustee's Motion to Dismiss. To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time. Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called. The Debtor is welcome, but not required to participate in this hearing.

Dated September 28, 2017 at Milwaukee Wisconsin.

/s/ Arnold F. Lueders III 1022677
Arnold F. Lueders III 1022677
Attorney for Debtor(s)
Credit Solutions, S.C.
626 E. Wisconsin Ave., 14th Floor
Milwaukee, WI 53202
414-272-0077

# United States Bankruptcy Court
# Eastern District of Wisconsin

In Re: Aleasa Thomas

        **Debtor(s)**

**Chapter: 13**

**Case #: 17-25663**

## CERTIFICATE OF SERVICE

    The undersigned, an Attorney, does hereby certify that a copy of this Notice and Objection was mailed to the parties listed below, at their respective addresses, properly enclosed in a postage prepaid envelope, by depositing in the U.S. Mail at 626 E. Wisconsin Ave., Milwaukee WI 53202, or by electronic mail where indicated, on September 28, 2017.

Chapter 13 Trustee, via ECF

Aleasa Thomas
5709 N 55th Place
Milwaukee, WI 53218


Dated September 28, 2017 at Milwaukee Wisconsin.

/s/ Arnold F. Lueders III 1022677
Arnold F. Lueders III 1022677
Attorney for Debtor(s)
Credit Solutions, S.C.
626 E. Wisconsin Ave., 14th Floor
Milwaukee, WI 53202
414-272-0077